U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

NOV 0 2 2012

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL WILLIAMSON<br>LA. DOC #529770<br>VS. | CIVIL ACTION NO. 6:12-cv-1920<br><br>SECTION P |
| MIKE MILLER, ET AL. | JUDGE HAIK<br><br>MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. Moreover, plaintiff has failed to provide this Court with evidence of good cause for his failure to keep the court apprised of his current address. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41.3 of the Local Rules of the United States District Court for the Western District of Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _1st_ day of _November_, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE